# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00115-CV

**Michel Jordan, Appellant**

**v.**

**Robert Lavigne, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 254,080-E, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Michel Jordan filed a notice of appeal on February 12, 2015. Appellant's counsel requested and received three extensions of time to file the appellant's brief. Counsel has now filed a motion seeking an additional extension of time to file the brief.

We grant the motion to extend time to file appellant's brief and order appellant's counsel, Bobby Dale Barina, to file the brief no later than September 18, 2015. If appellant's brief is not filed by that date, the Court may dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

It is ordered on August 26, 2015.

Before Chief Justice Rose, Justices Pemberton and Field